# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| CHARLES SHATEEK SMITH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BENJAMIN KELLY,<br><br>　　　　　　　Defendant. | Case No. C11-623-RAJ-JPD<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

This matter comes before the Court *sua sponte*. Due to the late appointment of pro bono counsel to represent the plaintiff in this case, the Court previously granted plaintiff's motion for a revised pretrial schedule, and extended the discovery deadline to February 8, 2013 and the dispositive motion deadline to March 8, 2013. Dkt. 63 at 6. In light of the ongoing discovery in this matter, the Court hereby STRIKES defendant's motion for summary judgment, Dkt. 47, and the Court's Minute Order dated October 30, 2012, Dkt. 66. Defendant may file a new dispositive

MINUTE ORDER - PAGE 1

motion before the March 8, 2013 deadline, which takes into consideration the recent discovery conducted by the parties.

DATED this 30th day of November, 2012.

William M. McCool
Clerk of the Court

s/ Consuelo Ledesma
Deputy Clerk

MINUTE ORDER - PAGE 2